ELIZABETH NEZBEDA, as Administratrix of the Estate of WENZEL NEZBEDA, et al., Appellants, *v.* PORT OF NEW YORK AUTHORITY, Respondent, et al., Defendants.

Argued January 3, 1944; decided February 24, 1944.

*Harry A. Spiegelman* and *John M. Wilson* for appellants.
*Bert W. Hendrickson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, DESMOND and THACHER, JJ. LEWIS and CONWAY, JJ., dissent on the ground the evidence presented questions of fact for the jury.